## HANSEN v. CRYSTAL FORD-MERCURY, INC.

No. 403P00

Case below: 138 N.C. App. 369

Joint petition by April Hansen, Crystal Ford-Mercury, Inc. and Pennsylvania National Insurance Company for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Petition by defendants (Crystal Ford-Mercury, Inc. and Pennsylvania National Insurance Company) for writ of supersedeas and motion for temporary stay denied 20 December 2000.

## HARRISON v. TOBACCO TRANSP., INC.

No. 446P00

Case below: 139 N.C. App. 561

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

## HARTER v. VERNON

No. 433P00

Case below: 139 N.C. App. 85

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-32 denied 20 December 2000.

## HORACE MANN INS. CO. v. EDGE

No. 407P00

Case below: 139 N.C. App. 449

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

## HUNTLEY v. PANDYA

No. 441P00

Case below: 136 N.C. App. 848

Petition by defendants (Elkins, Cartee and Housing) for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.